UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SIDNEY DURELL HILL,

    Plaintiff,

v.

KEVIN LARSON,

    Defendant.

_____/

Case No. 2:20-cv-206

Honorable Hala Y. Jarbou

# ORDER

This is a civil rights action brought by a prisoner proceeding *in forma pauperis*. On October 15, 2021, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's and Defendant's respective motions for summary judgment. (R&R, ECF No. 30.) The R&R was duly served on the parties. No objections have been filed and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes sound recommendations. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 30) is **ACCEPTED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 18) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 24) is **DENIED**.

Date:  December 29, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE